# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAFOYA,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF HANFORD, et al.,<br><br>            Defendants. | Case No. 1:20-cv-00010-DAD-SAB<br><br>ORDER STRIKING DUPLICATIVE FILING<br><br>(ECF No. 10) |

On January 3, 2020, Plaintiff Christopher Tafoya, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  On March 30, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.  (ECF No. 8.)  On April 1, 2020, the Court directed the Clerk of the Court to close this action pursuant to the notice of dismissal.  (ECF No. 9.)  On April 2, 2020, a second notice of voluntary dismissal was filed that appears substantively identical to the first filing. (ECF No. 10.)  The Court shall strike the filing as duplicative.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that the notice of voluntary dismissal filed April 2, 2020 (ECF No. 10), is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **April 6, 2020**

UNITED STATES MAGISTRATE JUDGE